Water Commissioners of Hardscrabble Water District in the Town of Mount Pleasant New York, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 736.] Motion for a stay granted. Lazansky, P. J., Hagarty, Davis and Adel, JJ., concur; Taylor, J., not voting.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to MORRIS S. BLUMSTEIN, an Attorney, Respondent.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of ARTHUR W. PEACE to Prove the Last Will and Testament of LOUISA C. BONERT, Late of the County of Kings, Deceased. LUCILE C. BONERT, Appellant; ARTHUR W. PEACE, as Executor, etc., of LOUISA C. BONERT, Deceased, OSWALD W. MURPHY, as Special Guardian for JAMES M. PRETT and Others, Infants, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of DANDY REALTY Co., INC., Respondent, for an Order Taxing the Disbursements Necessarily Incurred by It in the Proceedings Entitled, " In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Lands, etc., Required for the Purpose of Opening and Extending the Bowery, from West 16th Street to its Easterly Terminus at Jones' Walk, etc., in the Borough of Brooklyn, City of New York, Pursuant to the Provisions of Section 992 of the Greater New York Charter, as Amended." THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of RICHMOND COUNTY BAR ASSOCIATION with Respect to FRANCIS P. FARRELL, an Attorney and Counselor at Law.— Motion to amend the petition by adding an additional charge granted and the entire matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of MILTON MILLER to Prove the Last Will and Testament of EDWARD H. MILLER, Late of the County of Kings, Deceased. CLAIRE PASTER MILLER, Appellant; SYLVIA SMITH, Respondent.— Motion for reargument granted and on reargument the matter is remitted to the Surrogate's Court of Kings county for the purpose of enabling the respondent to submit an affidavit or other papers showing merit and for further determination thereon by the surrogate. Stay of proceedings under the determination made by this court on December 15, 1936 [*ante*, p. 752], granted, pending the further determination of the Surrogate's Court on this decision and such further proceedings in this court as may be deemed necessary. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES A. OSBORNE to Mandamus the BOARD OF EDUCATION OF THE CITY OF NEW YORK to Reinstate the Relator as Assistant to Principal in Charge with the Board of Education of the City of New York, and to Mandamus the Board of Education of the City of New York to Pay to the Relator All the Back Pay from the Time of the Dismissal to the Time of the Reinstatement. CHARLES A. OSBORNE, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.